Klestadt & Winters, LLP
Ian R. Winters
Joseph C. Corneau
Samir P. Gebrael
292 Madison Avenue, 17th Floor
New York, NY 10017-6314
Tel. (212) 972-3000
Fax. (212) 972-2245

*Counsel for the Debtor and Debtor-in-Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| ARENA MEDIA NETWORKS, LLC, | : | Case No. 10-10667(BRL) |
| Debtor. | : | |

# NOTICE OF FILING OF AMENDED SCHEDULES TO ASSET PURCHASE AGREEMENT

**PLEASE TAKE NOTICE** that on March 2, 2010, Arena Media Networks, LLC("Arena" or "Debtor") filed the Schedules to Asset Purchase Agreement dated as of February 8, 2010 by and Between Arena Media Networks, LLC and Access 360 Media, Inc. (the "APA Schedules").

**PLEASE TAKE FURTHER NOTICE** that on March 19, 2010, Arena filed the Schedules to Asset Purchase Agreement dated as of February 8, 2010 by and Between Arena Media Networks, LLC and Access 360 Media, Inc. (updated as of March 19, 2010) (the "Amended APA Schedules"). A copy of the Amended APA Schedules is annexed hereto as **Exhibit A**. A comparison of the APA Schedules and the Amended APA

1

Schedules is annexed hereto as **Exhibit B**.

Dated:  New York, New York
         March 19, 2010

                KLESTADT & WINTERS, LLP
                Counsel for Arena Media
                Networks, LLC

                By:  /s/ Joseph C. Corneau
                      Ian R. Winters
                      Joseph C. Corneau
                      Samir P. Gebrael
                292 Madison Avenue, 17th Floor
                New York, NY  10017
                Telephone No. (212) 972-3000