# Exhibit "A"

# Exhibit "A"

_____

**SCHEDULES TO**

**ASSET PURCHASE AGREEMENT**

**dated as of**

**February 8, 2010**

**by and between**

**ARENA MEDIA NETWORKS, LLC**

**and**

**ACCESS 360 MEDIA, INC.**

**(*updated as of March 19, 2010*)**

_____

These Schedules are delivered pursuant to the Asset Purchase Agreement (the "***Agreement***"), dated as of February 8, 2010, by and between ARENA MEDIA NETWORKS LLC, a New York limited liability company, and ACCESS 360 MEDIA, INC., a Delaware corporation. Capitalized terms used but not defined herein have the meanings given to them in the Agreement.

These Schedules may include items or information that the Seller is not required to disclose under the Agreement.  Inclusion of information herein shall not be construed as an admission that such information is material to the business, financial position or results of operation of the Seller.  The information contained herein is disclosed solely for the purposes of the Agreement, and no information contained herein shall be deemed to be an admission by the Seller to any third party of any matter whatsoever, including without limitation, any violation of law or breach of any agreement.

## Schedule 2.1(c) – Tangible Personal Property

[*See attached list*]

**ARENA MEDIA NETWORKS, LLC**
**FIXED ASSET LEDGER**
**12/31/2009**

| Group | Asset | Location | Property Description | Date | Cost | Less: Disposals | Remaining Cost | 2005 | Depreciation 2006 | 2007 | 2008 | 2009 | Accumulated depreciation | Disposals | Accumulated depreciation 2009 | Monthly entry |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Computer equipment** | | | | | | | | | | | | | | | | |
| | 23 | 404 Park Ave, NY | Computers | 12/1/2005 | 12,800.00 | | 12,800.00 | 106.67 | 2,560.00 | 2,560.00 | 2,560.00 | 2,559.96 | 10,346.59 | | 10,346.59 | 213.33 |
| | 32 | 404 Park Ave, NY | Computers | 4/28/2006 | 4,247.32 | | 4,247.32 | 0.00 | 424.73 | 849.46 | 849.46 | 849.46 | 2,973.15 | | 2,973.15 | 70.79 |
| | Jun 07 | 404 Park Ave, NY | Computers | 6/29/2007 | 2,275.85 | (3,065.69) | 2,275.85 | | | 265.52 | 455.16 | 455.16 | 1,175.84 | | 1,175.84 | 37.93 |
| | Nov 07 | 404 Park Ave, NY | Computers | 11/1/2007 | 5,539.59 | | 2,473.90 | | | 185.52 | 1,111.92 | 1,111.92 | 1,790.68 | | 1,790.68 | 41.57 |
| | Dec 07 | 404 Park Ave, NY | Computers | 12/1/2007 | 2,828.85 | | 2,828.85 | | | 47.15 | 565.80 | 565.80 | 1,178.75 | | 1,178.75 | 47.15 |
| | Mar 08 | 404 Park Ave, NY | Computers | 3/31/2008 | 10,223.76 | | 10,223.76 | | | | 1,704.00 | 2,044.80 | 3,748.80 | | 3,748.80 | 170.40 |
| | Apr 08 | 404 Park Ave, NY | Computers | 4/30/2008 | 3,342.78 | | 3,342.78 | | | | 531.45 | 708.60 | 1,240.05 | | 1,240.05 | 59.05 |
| | May 08 | 404 Park Ave, NY | Computers | 5/31/2008 | 8,603.68 | | 8,603.68 | | | | 1,147.12 | 1,720.68 | 2,867.80 | | 2,867.80 | 143.39 |
| | Jun 08 | 404 Park Ave, NY | Computers | 6/30/2008 | 7,397.38 | | 7,397.38 | | | | 863.03 | 1,479.48 | 2,342.51 | | 2,342.51 | 123.29 |
| | Jul 08 | 404 Park Ave, NY | Computers | 7/31/2008 | 2,522.80 | | 2,522.80 | | | | 252.30 | 504.60 | 756.90 | | 756.90 | 42.05 |
| | Aug 08 | 404 Park Ave, NY | Computers | 8/31/2008 | 1,313.76 | | 1,313.76 | | | | 109.35 | 262.64 | 371.79 | | 371.79 | 21.88 |
| | Sep 08 | 404 Park Ave, NY | Computers | 9/30/2008 | 6,291.32 | | 6,291.32 | | | | 419.44 | 1,258.32 | 1,677.76 | | 1,677.76 | 104.86 |
| | Oct 08 | 404 Park Ave, NY | Computers | 10/31/2008 | 1,355.52 | | 1,355.52 | | | | 67.77 | 271.08 | 338.85 | | 338.85 | 22.59 |
| | Jan 09 | 404 Park Ave, NY | Computers | 1/30/2009 | 1,383.70 | | 1,383.70 | | | | | 1,476.72 | 1,476.72 | | 1,476.72 | 123.06 |
| | Mar 09 | 404 Park Ave, NY | Computers | 3/31/2009 | 1,706.64 | | 1,706.64 | | | | | 284.40 | 284.40 | | 284.40 | 29.44 |
| | | | | | 101,000.00 | (3,065.69) | 72,675.99 | 106.67 | 2,984.73 | 3,905.45 | 14,064.04 | 14,049.56 | 32,575.99 | | 32,575.99 | 1,249.77 |
| **Development costs** | | | | | | | | | | | | | | | | |
| EQ | Dec 08 | AMN office | Equipment | 12/31/2008 | 40,000.00 | | 40,000.00 | | | | 655.95 | 3,840.20 | 5,313.56 | | 5,313.56 | 666.67 |
| EQ | May 09 | Atlanta, GA | Equipment | 5/31/2009 | 30,000.00 | | 30,000.00 | | | | 0.00 | 4,000.00 | 4,000.00 | | 4,000.00 | 500.00 |
| EQ | May 09 | Atlanta, GA | Equipment | 5/31/2009 | 23,000.00 | | 23,000.00 | | | | 0.00 | 3,066.64 | 3,066.64 | | 3,066.64 | 383.33 |
| EQ | Jun 09 | Atlanta, GA | Equipment | 6/30/2009 | 8,000.00 | | 8,000.00 | | | | 0.00 | 933.31 | 933.31 | | 933.31 | 133.33 |
| | | | | | 101,000.00 | | 101,000.00 | | | | 655.95 | 13,333.31 | 13,333.51 | | 13,333.51 | 1,683.33 |
| **Equipment** | | | | | | | | | | | | | | | | |
| EQ | Dec 04 | AMN office | Equipment | 12/31/2004 | 39,201.23 | | 39,201.23 | | | | 655.95 | 7,840.20 | 8,493.55 | | 8,493.55 | 653.35 |
| EQ | Mar 08 | Atlanta, GA | Equipment | 3/31/2008 | 154,614.40 | | 154,614.40 | | | | 25,769.10 | 30,922.92 | 56,692.02 | | 56,692.02 | 2,576.91 |
| EQ | May 08 | Atlanta, GA | Equipment | 5/31/2008 | 44,360.28 | | 44,360.28 | | | | 5,914.72 | 8,872.08 | 14,786.80 | | 14,786.80 | 739.34 |
| EQ | May 08 | Atlanta, GA | Equipment | 5/31/2008 | 13,272.36 | | 13,272.36 | | | | | 1,769.64 | 1,769.64 | | 1,769.64 | 221.21 |
| EQ | Dec 08 | Atlanta - Phillips | Sony Plasma Screen | 12/31/2008 | 300,203.24 | | 300,203.24 | | | | 3,083.82 | 51,464.91 | 83,208.73 | | 83,208.73 | 5,003.38 |
| EQ | 10 | Boston, MA - Garden | Sony Plasma Screen | 1/2/2005 | 14,825.51 | | 14,825.51 | | 1,235.46 | | 593.76 | 10,964.76 | 11,878.49 | | 11,878.49 | 913.73 |
| EQ | 49 | Boston, MA - Garden | Equipment | 7/1/2006 | 92,789.92 | | 92,789.92 | 1,837.78 | 18,557.78 | 18,557.76 | 18,557.76 | 18,557.76 | 92,788.86 | | 92,788.86 | 1,546.50 |
| EQ | 48 | Boston, MA - Garden | Equipment | 7/1/2006 | 1,445.75 | | 1,445.75 | | 144.58 | 289.20 | 289.20 | 289.20 | 1,012.13 | | 1,012.13 | 24.10 |
| EQ | Jan 08 | Boston, MA - Garden | Equipment | 1/28/2008 | 1,326.11 | | 1,326.11 | | | | 225.25 | 225.24 | 450.47 | | 450.47 | 18.77 |
| EQ | Feb 08 | Boston, MA - Garden | Equipment | 2/29/2008 | 2,290.99 | | 2,290.99 | | | | 306.55 | 478.30 | 784.85 | | 784.85 | 37.03 |
| EQ | May 08 | Boston, MA - Fenway | Equipment | 5/31/2008 | 1,625.05 | | 1,625.05 | | | | 216.32 | 324.36 | 540.68 | | 540.68 | 27.03 |
| | | | | | 624,471.70 | | 624,471.70 | 1,837.78 | 18,202.56 | 18,446.93 | 73,906.04 | 91,983.04 | 205,632.90 | | 205,632.90 | 19,850.95 |
| EQ | 40 | Boston, MA - Fenway | Equipment | 4/15/2006 | 114,512.92 | (114,512.92) | 0.00 | | 17,176.94 | 22,902.58 | 22,902.00 | 0.00 | 62,982.12 | (62,982.12) | 0.00 | 0.00 |
| EQ | 41 | Boston, MA - Fenway | Equipment | 4/1/2007 | 4,501.56 | | 4,501.56 | | | 681.84 | 908.28 | 908.28 | 2,497.80 | | 2,497.80 | 69.69 |
| EQ | 28 | Boston, MA - Fenway | Equipment | 1/28/2006 | 13,216.88 | | 13,216.88 | | | 2,643.37 | 2,643.35 | 2,643.16 | 5,286.73 | | 5,286.73 | 220.28 |
| EQ | 29 | Boston, MA - Fenway | Equipment | 2/29/2008 | 7,930.13 | | 7,930.13 | | | 1,485.87 | 1,586.04 | 1,586.04 | 3,039.91 | | 3,039.91 | 132.17 |
| EQ | May 08 | Boston, MA - Fenway | Equipment | 5/31/2008 | 16,562.60 | | 16,562.60 | | | 1,656.00 | 4,927.80 | 4,927.80 | 8,213.98 | | 8,213.98 | 440.17 |
| EQ | May 09 | Boston, MA - Fenway | Equipment | 5/31/2009 | 103,609.25 | | 103,609.25 | | | 0.00 | 13,734.60 | 13,734.60 | 13,734.60 | | 13,734.60 | 1,716.80 |
| | | | | | 260,365.50 | | 149,672.56 | | 17,176.94 | 23,550.55 | 23,766.19 | 52,799.88 | 95,532.92 | | 95,532.92 | 2,274.79 |
| EQ | 58 | St. Louis, MO | Equipment | 3/31/2007 | 139,672.56 | | 139,672.56 | | | 21,278.70 | 27,934.56 | 27,934.56 | 79,147.88 | | 79,147.88 | 2,327.88 |
| EQ | 60 | St. Louis, MO | Equipment | 4/1/2007 | 177,049.18 | | 177,049.18 | | | 24,562.28 | 35,432.40 | 35,432.40 | 75,967.08 | | 75,967.08 | 2,286.20 |
| | | | | | 316,721.72 | | 316,721.72 | | | 45,840.98 | 63,366.96 | 63,366.96 | 155,654.96 | | 155,654.96 | 4,613.08 |
| EQ | 29 | Charlotte, NC | 15 Sony 50" Black Plasma Screen | 4/15/2006 | 188,771.31 | | 188,771.31 | | 27,883.70 | 37,154.26 | 37,154.26 | 37,154.26 | 139,328.52 | | 139,328.52 | 3,096.19 |
| EQ | Jan 08 | Charlotte, NC | Equipment | 1/28/2008 | 72,453.11 | | 72,453.11 | | | 2,052.20 | 6,044.84 | 6,044.84 | 10,094.19 | | 10,094.19 | 244.35 |
| EQ | Feb 08 | Charlotte, NC | Equipment | 2/29/2008 | 10,565.02 | | 10,565.02 | | | 2,112.96 | 2,112.96 | 2,112.96 | 4,049.84 | | 4,049.84 | 176.08 |
| EQ | May 08 | Charlotte, NC | Equipment | 5/31/2008 | 36,400.04 | | 36,400.04 | | | | 4,830.00 | 7,280.00 | 11,181.25 | | 11,181.25 | 606.67 |
| | | | | | 216,747.44 | | 216,747.44 | | 27,883.70 | 48,372.42 | 50,322.56 | 52,592.06 | 153,042.76 | | 153,042.76 | 3,606.02 |
| EQ | 41 | Chicago, IL | Equipment | 4/15/2006 | 457,816.50 | | 457,816.50 | | 68,672.49 | 91,563.30 | 91,563.36 | 91,563.36 | 343,362.51 | | 343,362.51 | 7,630.28 |
| EQ | 41 | Chicago, IL | Equipment | 4/1/2007 | 164,673.80 | | 164,673.80 | | | 24,701.06 | 32,895.00 | 32,895.00 | 90,491.18 | | 90,491.18 | 2,741.58 |
| EQ | Jul 07 | Chicago, IL | Equipment | 7/31/2007 | 12,500.00 | | 12,500.00 | | | 1,250.00 | 2,499.96 | 2,499.96 | 6,249.92 | | 6,249.92 | 208.33 |
| EQ | Feb 08 | Chicago, IL | Equipment | 2/29/2008 | 17,283.72 | | 17,283.72 | | | | 3,456.66 | 3,456.56 | 7,281.00 | | 7,281.00 | 303.38 |
| EQ | Feb 08 | Chicago, IL | Equipment | 2/29/2008 | 10,921.80 | | 10,921.80 | | | | 2,184.36 | 2,184.36 | 4,186.69 | | 4,186.69 | 182.03 |
| EQ | May 08 | Chicago, IL | Equipment | 5/31/2008 | 8,800.04 | | 8,800.04 | | | | 2,496.60 | 1,760.00 | 3,619.76 | | 3,619.76 | 134.00 |
| EQ | May 09 | Chicago, IL | Equipment - Wrigley | 5/31/2009 | 46,264.11 | | 46,264.11 | | | | 0.00 | 6,165.56 | 6,165.56 | | 6,165.56 | 770.07 |
| EQ | May 09 | Chicago, IL | Equipment - US Cellular | 5/31/2009 | 47,221.50 | | 47,221.50 | | | | 0.00 | 6,297.28 | 6,297.28 | | 6,297.28 | 787.13 |
| | | | | | 24,651.98 | | 24,651.98 | | 68,672.49 | 117,555.51 | 117,555.42 | 117,555.42 | 424,557.72 | | 424,557.72 | 1,099.57 |
| EQ | Dec 08 | Chicago - United Center | Equipment | 12/31/2008 | 66,562.35 | | 66,562.35 | | | | 1,109.37 | 13,312.44 | 14,421.81 | | 14,421.81 | 1,109.37 |
| | | | | | 66,562.35 | | 66,562.35 | | | | 1,109.37 | 13,312.44 | 14,421.81 | | 14,421.81 | 1,109.37 |
| EQ | 38 | Cincinnati, OH | Equipment | 3/31/2008 | 211,404.40 | | 211,404.40 | | | 35,247.40 | 42,296.88 | 42,296.88 | 77,544.28 | | 77,544.28 | 3,524.74 |
| EQ | May 08 | Cincinnati, OH | Equipment | 5/31/2008 | 10,565.07 | | 10,565.07 | | | 2,065.20 | 2,841.84 | 2,841.84 | 20,193.60 | | 20,193.60 | 881.40 |
| | | | | | 271,983.37 | | 271,983.37 | | | 37,603.75 | 54,392.64 | 54,392.68 | 97,739.88 | | 97,739.88 | 4,532.72 |
| EQ | 62 | Cleveland, OH | Equipment | 4/1/2007 | 184,006.51 | | 184,009.51 | | | 27,603.35 | 36,821.64 | 36,821.64 | 101,835.03 | | 101,835.03 | 3,076.82 |
| EQ | Aug 08 | Cleveland Browns | Equipment | 8/31/2008 | 14,890.79 | | 14,890.79 | | | | 1,737.94 | 2,992.28 | 5,231.32 | | 5,231.32 | 226.92 |
| EQ | Sep 08 | Cleveland Browns | Equipment | 9/30/2008 | 48,591.98 | | 48,591.98 | | | | 4,572.90 | 13,718.40 | 18,291.29 | | 18,291.29 | 1,143.20 |
| | | | | | 227,568.38 | | 227,568.38 | | | 27,603.35 | 43,246.44 | 53,566.04 | 126,357.63 | | 126,357.63 | 4,446.94 |
| EQ | 38 | Arlington, TX | Equipment | 4/15/2006 | 185,773.30 | | 185,773.30 | | 27,865.99 | 37,154.64 | 35,966.04 | 35,966.04 | 139,329.90 | | 139,329.90 | 3,096.22 |
| EQ | Nov 07 | Dallas, TX | Equipment | 11/1/2007 | 78,480.00 | | 78,480.00 | | | 2,616.00 | 15,696.00 | 15,696.00 | 34,008.00 | | 34,008.00 | 1,308.00 |
| EQ | Dec 07 | Dallas, TX | Equipment | 12/1/2007 | 156,666.00 | | 156,666.00 | | | 2,616.00 | 31,392.00 | 31,392.00 | 65,392.00 | | 65,392.00 | 2,616.00 |
| EQ | Jan 08 | Dallas, TX | Equipment | 1/28/2008 | 26,573.40 | | 26,573.40 | | | | 5,314.68 | 5,314.68 | 10,629.36 | | 10,629.36 | 442.89 |
| EQ | Mar 08 | Dallas, TX | Equipment | 3/31/2008 | 26,160.00 | | 26,160.00 | | | | 4,326.00 | 5,232.00 | 9,792.00 | | 9,792.00 | 436.00 |
| EQ | Jun 08 | Dallas, TX | Equipment | 6/30/2008 | 27,591.36 | | 27,591.36 | | | | 3,219.02 | 4,598.62 | 3,219.02 | | 3,219.02 | 459.86 |
| | | | | | 510,131.76 | | 510,131.76 | | 27,865.99 | 42,386.64 | 95,955.72 | 96,660.52 | 262,170.28 | | 262,170.28 | 8,358.97 |
| EQ | 66 | Denver, CO | Equipment | 4/1/2007 | 179,830.21 | | 179,830.21 | | | 26,974.53 | 35,966.04 | 35,966.04 | 98,906.61 | | 98,906.61 | 2,997.17 |
| EQ | Jan 09 | Denver, CO | Equipment | 6/30/2009 | 52,876.40 | | 52,876.40 | | | 0.00 | 0.00 | 6,166.32 | 6,166.32 | | 6,166.32 | 880.99 |
| | | | | | 232,022.64 | | 232,022.64 | | | 26,974.53 | 35,966.04 | 52,132.36 | 105,072.94 | | 105,072.94 | 3,878.16 |
| EW | 30 | Detroit, MI | Electrical Work | 4/3/2006 | 18,500.00 | | 18,500.00 | | 2,775.00 | 3,700.00 | 3,699.96 | 3,699.96 | 13,874.92 | | 13,874.92 | 308.33 |

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EW | 51 Detroit, MI | Electrical Work | 10/4/2006 | 77,581.89 | | 77,581.89 | 0.00 | 3,879.10 | 15,516.38 | 15,516.36 | 15,516.36 | 50,428.20 | | 50,428.20 | 1,293.03 |
| EW | 67 Detroit, MI | Electrical Work | 4/1/2007 | 1,500.00 | | 1,500.00 | | | 225.00 | 300.00 | 300.00 | 825.00 | | 825.00 | 25.00 |
| EQ | 42 Detroit, MI | Equipment | 4/15/2006 | 147,170.51 | | 147,170.51 | 0.00 | 22,075.58 | 29,434.10 | 29,434.08 | 29,434.08 | 110,377.84 | | 110,377.84 | 2,452.84 |
| EQ | Jan 08 Detroit, MI | Equipment | 1/28/2008 | 40,509.78 | | 40,509.78 | 0.00 | 0.00 | 0.00 | 8,101.92 | 8,101.92 | 16,203.84 | | 16,203.84 | 675.16 |
| EQ | May 08 Detroit, MI | Equipment | 5/31/2008 | 14,093.60 | | 14,093.60 | 0.00 | 0.00 | 0.00 | 1,879.12 | 2,818.68 | 4,697.80 | | 4,697.80 | 234.89 |
| | | | | 299,355.78 | 0.00 | 299,355.78 | 0.00 | 28,729.68 | 48,875.48 | 58,931.44 | 59,871.00 | 196,407.60 | | 196,407.60 | 4,989.25 |
| EQ | Dec 08 E. Rutherford - IZOD | Equipment | 12/31/2008 | 32,079.41 | | 32,079.41 | | | | 534.66 | 6,415.92 | 6,950.58 | | 6,950.58 | 534.66 |
| EQ | May 09 E. Rutherford - IZOD | Equipment | 5/31/2009 | 18,158.55 | | 18,158.55 | 0.00 | 0.00 | 0.00 | 0.00 | 2,421.12 | 2,421.12 | | 2,421.12 | 302.64 |
| | | | | 50,237.96 | 0.00 | 50,237.96 | 0.00 | 0.00 | 0.00 | 534.66 | 8,837.04 | 9,371.70 | 0.00 | 9,371.70 | 837.30 |
| EQ | 16 Flushing, NY | Convergent | 5/1/2005 | 15,600.00 | (15,600.00) | 0.00 | 2,080.00 | 3,120.00 | 3,120.00 | 3,120.00 | 0.00 | 11,440.00 | (11,440.00) | 0.00 | 0.00 |
| EQ | 46 Flushing, NY | Equipment | 5/1/2006 | 111,966.78 | (111,966.78) | 0.00 | 0.00 | 14,928.90 | 22,393.36 | 22,393.32 | 0.00 | 59,715.58 | (59,715.58) | 0.00 | 0.00 |
| PS | 14 Flushing, NY | 22 SONY Plasma Screens | 5/1/2005 | 209,534.41 | (119,171.04) | 90,363.37 | 27,937.92 | 41,906.88 | 41,906.88 | 41,906.88 | 18,072.72 | 171,731.28 | (87,392.09) | 84,339.19 | 1,506.06 |
| PS | 15 Flushing, NY | Installation of SONY Plasma Screens | 5/1/2005 | 74,332.46 | (74,332.46) | 0.00 | 9,910.99 | 14,866.49 | 14,866.49 | 14,866.44 | 0.00 | 54,510.41 | (54,510.41) | 0.00 | 0.00 |
| EQ | Jan 08 Flushing, NY | Equipment | 1/28/2008 | 21,664.16 | | 21,664.16 | 0.00 | 0.00 | 0.00 | 4,332.84 | 4,332.84 | 8,665.68 | 0.00 | 8,665.68 | 361.07 |
| EQ | Feb 08 Flushing, NY | Equipment | 2/29/2008 | 23,310.94 | (1,646.77) | 21,664.17 | 0.00 | 0.00 | 0.00 | 4,273.72 | 4,332.84 | 8,606.56 | (301.91) | 8,304.65 | 361.07 |
| EQ | May 08 Flushing, NY | Equipment | 5/31/2008 | 22,002.30 | (12,183.52) | 9,818.78 | 0.00 | 0.00 | 0.00 | 2,933.68 | 1,963.80 | 4,897.48 | (1,624.49) | 3,272.99 | 163.65 |
| | | | | 478,411.05 | (334,900.57) | 143,510.48 | 39,928.91 | 74,822.27 | 82,286.73 | 93,826.88 | 28,702.20 | 319,566.99 | (214,984.48) | 104,582.51 | 2,391.85 |
| EQ | 65 Houston, TX | Equipment | 4/1/2007 | 190,339.08 | | 190,339.08 | 0.00 | 0.00 | 28,550.86 | 38,067.84 | 38,067.84 | 104,686.54 | | 104,686.54 | 3,172.32 |
| EQ | Aug 07 Houston, TX | Equipment | 8/14/2007 | 4,862.92 | | 4,862.92 | 0.00 | 0.00 | 486.29 | 972.60 | 972.60 | 2,431.49 | | 2,431.49 | 81.05 |
| EQ | Jan 08 Houston, TX | Equipment | 1/28/2008 | 10,954.90 | | 10,954.90 | 0.00 | 0.00 | 0.00 | 2,190.96 | 2,190.96 | 4,381.92 | | 4,381.92 | 182.58 |
| EQ | Feb 08 Houston, TX | Equipment | 2/29/2008 | 6,572.94 | | 6,572.94 | 0.00 | 0.00 | 0.00 | 1,205.05 | 1,314.60 | 2,519.65 | | 2,519.65 | 109.55 |
| | | | | 212,729.84 | 0.00 | 212,729.84 | 0.00 | 0.00 | 29,037.15 | 42,436.45 | 42,546.00 | 114,019.60 | | 114,019.60 | 3,545.50 |
| EQ | 11 Indianapolis, IN | Sony Plasma Screens | 1/2/2005 | 95,414.93 | | 95,414.93 | 19,082.99 | 19,082.99 | 19,082.99 | 19,083.00 | 19,083.00 | 95,414.97 | | 95,414.97 | 1,590.25 |
| EQ | Jan 08 Indianapolis, IN | Equipment | 1/28/2008 | 1,072.50 | | 1,072.50 | 0.00 | 0.00 | 0.00 | 214.56 | 214.56 | 429.12 | | 429.12 | 17.88 |
| EQ | Feb 08 Indianapolis, IN | Equipment | 2/29/2008 | 2,277.10 | | 2,277.10 | 0.00 | 0.00 | 0.00 | 417.45 | 455.40 | 872.85 | | 872.85 | 37.95 |
| EQ | May 08 Indianapolis, IN | Equipment | 5/31/2008 | 2,313.65 | | 2,313.65 | 0.00 | 0.00 | 0.00 | 308.48 | 462.72 | 771.20 | | 771.20 | 38.56 |
| | | | | 101,078.18 | 0.00 | 101,078.18 | 19,082.99 | 19,082.99 | 19,082.99 | 20,023.49 | 20,215.68 | 97,488.14 | | 97,488.14 | 1,684.64 |
| EW | 31 Los Angeles, CA | Electrical Work | 4/3/2006 | 29,216.63 | | 29,216.63 | 0.00 | 4,382.50 | 5,843.33 | 5,843.28 | 5,843.28 | 21,912.39 | | 21,912.39 | 486.94 |
| EQ | 43 Los Angeles, CA | Equipment | 4/15/2006 | 183,272.52 | | 183,272.52 | 0.00 | 27,490.88 | 36,654.50 | 36,654.48 | 36,654.48 | 137,454.34 | | 137,454.34 | 3,054.54 |
| EQ | Jan 08 Los Angeles, CA | Equipment | 1/28/2008 | 17,187.39 | | 17,187.39 | 0.00 | 0.00 | 0.00 | 3,437.52 | 3,437.52 | 6,875.04 | | 6,875.04 | 286.46 |
| EQ | Apr 08 Los Angeles, CA | Equipment | 4/30/2008 | 43,512.17 | | 43,512.17 | 0.00 | 0.00 | 0.00 | 6,526.80 | 8,702.40 | 15,229.20 | | 15,229.20 | 725.20 |
| EQ | May 08 Los Angeles, CA | Equipment | 5/31/2008 | 172,612.71 | | 172,612.71 | 0.00 | 0.00 | 0.00 | 23,015.04 | 34,522.56 | 57,537.60 | | 57,537.60 | 2,876.88 |
| EQ | Jun 08 Los Angeles, CA | Equipment | 6/30/2008 | 33,589.05 | | 33,589.05 | 0.00 | 0.00 | 0.00 | 3,918.74 | 6,717.84 | 10,636.58 | | 10,636.58 | 559.82 |
| EQ | Jul 08 Los Angeles, CA | Equipment | 7/31/2008 | 43,516.94 | | 43,516.94 | 0.00 | 0.00 | 0.00 | 4,351.68 | 8,703.36 | 13,055.04 | | 13,055.04 | 725.28 |
| EQ | May 09 Los Angeles, CA | Equipment | 5/31/2009 | 51,040.76 | | 51,040.76 | 0.00 | 0.00 | 0.00 | 0.00 | 6,805.44 | 6,805.44 | | 6,805.44 | 850.68 |
| EQ | Jun 09 Los Angeles, CA | Equipment | 6/30/2009 | 3,932.61 | | 3,932.61 | 0.00 | 0.00 | 0.00 | 0.00 | 458.78 | 458.78 | | 458.78 | 65.54 |
| | | | | 577,880.78 | 0.00 | 577,880.78 | 0.00 | 31,873.38 | 42,497.83 | 83,747.54 | 111,845.66 | 269,964.41 | 0.00 | 269,964.41 | 9,631.34 |
| EQ | May 09 Los Angeles Angels | Equipment | 5/31/2009 | 53,982.15 | | 53,982.15 | 0.00 | 0.00 | 0.00 | 0.00 | 7,197.60 | 7,197.60 | | 7,197.60 | 899.70 |
| | | | | 53,982.15 | 0.00 | 53,982.15 | 0.00 | 0.00 | 0.00 | 0.00 | 7,197.60 | 7,197.60 | | 7,197.60 | 899.70 |
| EQ | 8 Miami, FL | Sony Plasma Screens | 1/2/2005 | 91,173.02 | | 91,173.02 | 18,234.60 | 18,234.60 | 18,234.60 | 18,234.60 | 18,234.60 | 91,173.00 | | 91,173.00 | 1,519.55 |
| EQ | 13 Miami, FL | Cables for Plasma displays | 1/2/2005 | 3,083.74 | | 3,083.74 | 616.75 | 616.75 | 616.75 | 616.80 | 616.80 | 3,083.85 | | 3,083.85 | 51.40 |
| EQ | 59 Miami, FL | Equipment | 3/30/2007 | 9,378.56 | | 9,378.56 | 0.00 | 0.00 | 1,563.09 | 1,875.72 | 1,875.72 | 5,314.53 | | 5,314.53 | 156.31 |
| EQ | Jun 07 Miami, FL | Equipment | 6/1/2007 | 8,426.25 | | 8,426.25 | 0.00 | 0.00 | 983.06 | 1,685.28 | 1,685.28 | 4,353.62 | | 4,353.62 | 140.44 |
| EQ | Jan 08 Miami, FL | Equipment | 1/28/2008 | 1,147.58 | | 1,147.58 | 0.00 | 0.00 | 0.00 | 229.56 | 229.56 | 459.12 | | 459.12 | 19.13 |
| EQ | Feb 08 Miami, FL | Equipment | 2/29/2008 | 2,436.50 | | 2,436.50 | 0.00 | 0.00 | 0.00 | 446.71 | 487.32 | 934.03 | | 934.03 | 40.61 |
| EQ | May 08 Miami, FL | Equipment | 5/31/2008 | 1,436.37 | | 1,436.37 | 0.00 | 0.00 | 0.00 | 191.52 | 287.28 | 478.80 | | 478.80 | 23.94 |
| EQ | May 09 Miami, FL | Equipment (moved to Washington in Sep 09) | 5/31/2009 | 19,695.37 | (19,695.37) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,312.90 | 1,312.90 | (1,312.90) | 0.00 | |
| | | | | 136,777.39 | (19,695.37) | 117,082.02 | 18,851.35 | 18,851.35 | 21,397.51 | 23,280.19 | 24,729.46 | 107,109.86 | (1,312.90) | 105,796.96 | 1,951.38 |
| EQ | 61 Milwaukee, WI | Equipment | 4/1/2007 | 196,275.44 | | 196,275.44 | 0.00 | 0.00 | 29,441.32 | 39,255.12 | 39,255.12 | 107,951.56 | | 107,951.56 | 3,271.26 |
| EQ | Jul 07 Milwaukee, WI | Equipment | 7/31/2007 | 15,625.00 | | 15,625.00 | 0.00 | 0.00 | 1,562.50 | 3,125.04 | 3,125.04 | 7,812.58 | | 7,812.58 | 260.42 |
| | | | | 211,900.44 | 0.00 | 211,900.44 | 0.00 | 0.00 | 31,003.82 | 42,380.16 | 42,380.16 | 115,764.14 | | 115,764.14 | 3,531.68 |
| EQ | 36 Minneapolis, MN | Plasma-based Digital Signage System | 4/3/2006 | 43,672.24 | | 43,672.24 | 0.00 | 6,550.84 | 8,734.45 | 8,734.44 | 8,734.44 | 32,754.17 | | 32,754.17 | 727.87 |
| EQ | Jun 07 Minneapolis, MN | Equipment | 6/1/2007 | 9,964.95 | | 9,964.95 | 0.00 | 0.00 | 1,162.58 | 1,992.96 | 1,992.96 | 5,148.50 | | 5,148.50 | 166.08 |
| EQ | Jan 08 Minneapolis, MN | Equipment | 1/28/2008 | 8,475.00 | | 8,475.00 | 0.00 | 0.00 | 0.00 | 1,695.00 | 1,695.00 | 3,390.00 | | 3,390.00 | 141.25 |
| EQ | Feb 08 Minneapolis, MN | Equipment | 2/29/2008 | 6,329.80 | | 6,329.80 | 0.00 | 0.00 | 0.00 | 1,160.50 | 1,266.00 | 2,426.50 | | 2,426.50 | 105.50 |
| EQ | May 08 Minneapolis, MN | Equipment | 5/31/2008 | 4,451.20 | | 4,451.20 | 0.00 | 0.00 | 0.00 | 593.52 | 890.28 | 1,483.80 | | 1,483.80 | 74.19 |
| | | | | 72,893.19 | 0.00 | 72,893.19 | 0.00 | 6,550.84 | 9,897.03 | 14,176.42 | 14,578.68 | 45,202.97 | | 45,202.97 | 1,214.89 |
| EW | 56 Nassau Coliseum | Electrical Work | 12/1/2006 | 35,737.63 | | 35,737.63 | 0.00 | 595.62 | 7,147.53 | 7,147.56 | 7,147.56 | 22,038.27 | | 22,038.27 | 595.63 |
| EQ | 54 Nassau Coliseum | Plasma Screens | 12/1/2006 | 147,730.00 | | 147,730.00 | 0.00 | 2,462.16 | 29,546.00 | 29,546.04 | 29,546.04 | 91,100.24 | | 91,100.24 | 2,462.17 |
| EQ | Oct 08 Nassau Coliseum | Equipment | 10/31/2008 | 18,748.83 | | 18,748.83 | 0.00 | 0.00 | 0.00 | 937.44 | 3,749.76 | 4,687.20 | | 4,687.20 | 312.48 |
| | | | | 202,216.46 | 0.00 | 202,216.46 | 0.00 | 3,057.78 | 36,693.53 | 37,631.04 | 40,443.36 | 117,825.71 | | 117,825.71 | 3,370.28 |
| EQ | May 09 New York - CitiField | Equipment | 5/31/2009 | 71,105.28 | | 71,105.28 | 0.00 | 0.00 | 0.00 | 0.00 | 9,480.72 | 9,480.72 | | 9,480.72 | 1,185.09 |
| | | | | 71,105.28 | 0.00 | 71,105.28 | 0.00 | 0.00 | 0.00 | 2,063.05 | 9,480.72 | 9,480.72 | | 9,480.72 | 1,185.09 |
| EQ | Dec 08 New York - MSG | Equipment | 12/31/2008 | 123,782.89 | | 123,782.89 | | | | 2,063.05 | 24,756.60 | 26,819.65 | | 26,819.65 | 2,063.05 |
| EQ | May 09 New York - MSG | Equipment | 5/31/2009 | 81,855.31 | | 81,855.31 | 0.00 | 0.00 | 0.00 | 0.00 | 10,914.08 | 10,914.08 | | 10,914.08 | 1,364.26 |
| | | | | 205,638.20 | 0.00 | 205,638.20 | 0.00 | 0.00 | 0.00 | 2,063.05 | 35,670.68 | 37,733.73 | | 37,733.73 | 3,427.31 |
| EW | 34 Oakland, CA | Electrical Work | 4/3/2006 | 43,250.00 | | 43,250.00 | 0.00 | 6,487.50 | 8,650.00 | 8,649.96 | 8,649.96 | 32,437.42 | | 32,437.42 | 720.83 |
| EQ | 2 Oakland, CA | Electical Work | 1/2/2005 | 12,000.00 | | 12,000.00 | 2,400.00 | 2,400.00 | 2,400.00 | 2,400.00 | 2,400.00 | 12,000.00 | | 12,000.00 | 200.00 |
| EQ | 3 Oakland, CA | Cabling | 1/2/2005 | 13,417.00 | | 13,417.00 | 2,683.40 | 2,683.40 | 2,683.40 | 2,683.44 | 2,683.44 | 13,417.08 | | 13,417.08 | 223.62 |
| EQ | 7 Oakland, CA | Sony Plasma Screens | 1/2/2005 | 111,421.08 | | 111,421.08 | 22,284.22 | 22,284.22 | 22,284.22 | 22,284.24 | 22,284.24 | 111,421.14 | | 111,421.14 | 1,857.02 |
| EQ | 27 Oakland, CA | TVM-Sony-50-FWD50px 1/b | 2/15/2006 | 7,652.47 | | 7,652.47 | 0.00 | 1,402.95 | 1,530.49 | 1,530.48 | 1,530.48 | 5,994.40 | | 5,994.40 | 127.54 |
| EQ | 32 Oakland, CA | Electrical work | 4/4/2006 | 6,300.00 | | 6,300.00 | 0.00 | 945.00 | 1,260.00 | 1,260.00 | 1,260.00 | 4,725.00 | | 4,725.00 | 105.00 |
| EQ | 44 Oakland, CA | Equipment | 4/15/2006 | 125,680.68 | | 125,680.68 | 0.00 | 18,852.10 | 25,136.14 | 25,136.16 | 25,136.16 | 94,260.56 | | 94,260.56 | 2,094.68 |
| EQ | Feb 08 Oakland, CA | Equipment | 2/29/2008 | 15,258.39 | | 15,258.39 | 0.00 | 0.00 | 0.00 | 2,797.41 | 3,051.72 | 5,849.13 | | 5,849.13 | 254.31 |
| EQ | May 08 Oakland, CA | Equipment | 5/31/2008 | 23,061.48 | | 23,061.48 | 0.00 | 0.00 | 0.00 | 3,074.88 | 4,612.32 | 7,687.20 | | 7,687.20 | 384.36 |
| EQ | Jun 08 Oakland, CA | Equipment | 6/30/2008 | 13,258.80 | | 13,258.80 | 0.00 | 0.00 | 0.00 | 1,546.86 | 2,651.76 | 4,198.62 | | 4,198.62 | 220.98 |
| EQ | Sep 08 Oakland, CA | Equipment | 9/30/2008 | 14,425.14 | | 14,425.14 | 0.00 | 0.00 | 0.00 | 961.68 | 2,885.04 | 3,846.72 | | 3,846.72 | 240.42 |
| EQ | May 09 Oakland, CA | Equipment | 5/31/2009 | 54,771.07 | | 54,771.07 | 0.00 | 0.00 | 0.00 | 0.00 | 7,302.80 | 7,302.80 | | 7,302.80 | 912.85 |
| | | | | 440,496.11 | 0.00 | 440,496.11 | 27,367.62 | 55,055.17 | 63,944.25 | 72,325.11 | 84,447.92 | 303,140.07 | | 303,140.07 | 7,341.61 |
| EQ | Dec 08 Orlando | Equipment | 12/31/2008 | 51,978.82 | | 51,978.82 | | | | 866.31 | 10,395.72 | 11,262.03 | | 11,262.03 | 866.31 |
| EQ | Jan 09 Orlando | Equipment | 1/31/2009 | 2,261.08 | | 2,261.08 | | | | | 452.16 | 452.16 | | 452.16 | 37.68 |
| | | | | 54,239.90 | 0.00 | 54,239.90 | 0.00 | 0.00 | 0.00 | 866.31 | 10,847.88 | 11,714.19 | 0.00 | 11,714.19 | 903.99 |
| EW | 35 Phoenix, AZ | Electrical Work | 4/3/2006 | 3,500.82 | (3,500.82) | 0.00 | 0.00 | 525.12 | 700.16 | 700.20 | 0.00 | 1,925.48 | (1,925.48) | 0.00 | 0.00 |
| EQ | 45 Phoenix, AZ | Equipment | 4/15/2006 | 215,348.03 | (215,348.03) | 0.00 | 0.00 | 32,302.20 | 43,069.61 | 43,069.56 | 0.00 | 118,441.37 | (118,441.37) | 0.00 | 0.00 |
| | | | | 218,848.85 | (218,848.85) | 0.00 | 0.00 | 32,827.32 | 43,769.77 | 43,769.76 | 0.00 | 120,366.85 | (120,366.85) | 0.00 | 0.00 |
| EQ | 9 San Antonio, TX | Sony Plasma Screens | 1/2/2005 | 106,561.36 | | 106,561.36 | 21,312.27 | 21,312.27 | 21,312.27 | 21,312.24 | 21,312.24 | 106,561.29 | | 106,561.29 | 1,776.02 |
| EQ | May 08 San Antonio, TX | Equipment | 5/31/2008 | 1,591.96 | | 1,591.96 | 0.00 | 0.00 | 0.00 | 212.24 | 318.36 | 530.60 | | 530.60 | 26.53 |
| EQ | Jun 08 San Antonio, TX | Equipment | 6/30/2008 | 950.00 | | 950.00 | 0.00 | 0.00 | 0.00 | 110.81 | 189.96 | 300.77 | | 300.77 | 15.83 |
| | | | | 109,103.32 | 0.00 | 109,103.32 | 21,312.27 | 21,312.27 | 21,312.27 | 21,635.29 | 21,820.56 | 107,392.66 | | 107,392.66 | 1,818.38 |
| EQ | 47 San Diego, CA | Equipment | 5/1/2006 | 114,423.51 | | 114,423.51 | 0.00 | 15,256.46 | 22,884.70 | 22,884.72 | 22,884.72 | 83,910.60 | | 83,910.60 | 1,907.06 |

| | Location | Type | Date | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EQ | Jan 07 San Diego, CA | Equipment | 6/1/2007 | | | | | | | | | | | | |
| EQ | Jan 07 San Diego, CA | Equipment | 4/29/2008 | | | | | | | | | | | | |
| EQ | May 08 San Diego, CA | Equipment | 5/31/2008 | | | | | | | | | | | | |
| EQ | 53 San Francisco, CA | Equipment | 7/1/2006 | | | | | | | | | | | | |
| EQ | Jan 08 San Francisco, CA | Equipment | 1/28/2008 | | | | | | | | | | | | |
| EQ | Jan 08 San Francisco, CA | Equipment | 1/28/2008 | | | | | | | | | | | | |
| EQ | May 08 San Francisco, CA | Equipment | 5/31/2008 | | | | | | | | | | | | |
| EQ | May 08 San Francisco, CA | Equipment | 5/31/2008 | | | | | | | | | | | | |
| EQ | Dec 08 Sr. Pete Times, FL | Equipment | 12/31/2008 | | | | | | | | | | | | |
| EQ | Jan 08 Tampa, FL | Equipment | 3/31/2008 | | | | | | | | | | | | |
| EQ | Jan 08 Tampa, FL | Equipment | 5/31/2008 | | | | | | | | | | | | |
| EQ | Jan 08 Tampa, FL | Equipment | 6/30/2008 | | | | | | | | | | | | |
| EQ | Oct 08 Tampa, FL | Equipment | 10/31/2008 | | | | | | | | | | | | |
| EQ | May 08 Tampa, FL | Equipment | 5/31/2008 | | | | | | | | | | | | |
| EQ | Dec 08 Tampa - Bank Atlantic | Equipment | 12/29/2008 | | | | | | | | | | | | |
| EQ | 26 Toyota Center, Houston | Equipment (AFF TX005 Plasma Based Digital) | 4/1/2006 | | | | | | | | | | | | |
| EQ | 37 Toyota Center, Houston | Plasma based Digital Signage System | 2/13/2007 | | | | | | | | | | | | |
| EQ | May 08 Toyota Center, Houston | Equipment (SONY 50" BLACK PLASMA) | 5/31/2008 | | | | | | | | | | | | |
| EQ | May 08 Toyota Center, Houston | Equipment | 5/31/2008 | | | | | | | | | | | | |
| EQ | Mar 08 Washington Nationals | Equipment | 3/31/2008 | | | | | | | | | | | | |
| EQ | May 08 Washington Nationals | Equipment | 5/31/2008 | | | | | | | | | | | | |
| EQ | May 08 Washington Nationals | Equipment | 5/31/2008 | | | | | | | | | | | | |
| EQ | May 09 Washington Redskins | Equipment | 5/31/2009 | | | | | | | | | | | | |
| EQ | May 09 Washington Redskins | Equipment (enclosed from Miami FL) | 5/31/2009 | | | | | | | | | | | | |
| EQ | Sep 09 Washington Redskins | Equipment (installation) | 9/30/2009 | | | | | | | | | | | | |
| EQ | 6 Washington, DC | Equipment | 7/1/2005 | | | | | | | | | | | | |
| EQ | Jan 08 Washington, DC | Equipment | 1/28/2008 | | | | | | | | | | | | |
| EQ | Feb 08 Washington, DC | Equipment | 2/29/2008 | | | | | | | | | | | | |
| EQ | Sep 07 Washington, DC | Equipment | 9/1/2007 | | | | | | | | | | | | |
| EQ | Oct 07 Washington, DC | Equipment | 10/1/2007 | | | | | | | | | | | | |
| EQ | May 08 Washington, DC | Equipment (enclosed from Wash Nationals) | 5/31/2008 | | | | | | | | | | | | |
| EW | ABE4 Yankee Stadium | Electrical Work | 12/1/2006 | | | | | | | | | | | | |
| EQ | Jan 08 Yankee Stadium | Equipment | 4/15/2006 | | | | | | | | | | | | |
| EQ | Aug 07 Yankee Stadium | Equipment | 8/1/2007 | | | | | | | | | | | | |
| EQ | Sep 07 Yankee Stadium | Equipment | 9/1/2007 | | | | | | | | | | | | |
| EQ | Oct 07 Yankee Stadium | Equipment | 10/1/2007 | | | | | | | | | | | | |
| EQ | Jan 08 Yankee Stadium | Equipment | 1/28/2008 | | | | | | | | | | | | |
| EQ | Feb 08 Yankee Stadium | Equipment | 2/29/2008 | | | | | | | | | | | | |
| EQ | May 08 Yankee Stadium | Equipment | 5/31/2008 | | | | | | | | | | | | |
| EQ | May 09 Yankee Stadium | Equipment | 5/31/2009 | | | | | | | | | | | | |
| EQ | 4 404 Park Ave, NY | Converged Media Systems | 1/2/2005 | | | | | | | | | | | | |
| EQ | 17 404 Park Ave, NY | Converged Deposit | 7/1/2005 | | | | | | | | | | | | |
| EQ | Feb 09 Diversified | ANNTV equipment - deposit | 2/28/2009 | | | | | | | | | | | | |
| EQ | Feb 09 Diversified | ANNTV equipment - credit and returns | 7/1/2005 | | | | | | | | | | | | |
| EQ | Jan 09 Diversified | ANNTV equipment - oddball | 6/30/2009 | | | | | | | | | | | | |
| EQ | Jan 09 Diversified | Equipment Installation | 3/31/2009 | | | | | | | | | | | | |
| EQ | Apr 09 Diversified | ANNTV equipment - accrual (Diversified) | 4/30/2009 | | | | | | | | | | | | |
| EQ | Apr 09 Diversified | Reversal of accrual (Diversified) | 5/31/2009 | | | | | | | | | | | | |
| EQ | May 09 Diversified | Retrofit - accrual (CHI) | 4/30/2009 | | | | | | | | | | | | |
| **Furniture & Fixtures** | | | | | | | | | | | | | | | |
| F&F | 18 404 Park Ave, NY | 9 Manual roll-up solar shades | 7/1/2005 | | | | | | | | | | | | |
| F&F | 19 404 Park Ave, NY | Refrigerator | 7/1/2005 | | | | | | | | | | | | |
| F&F | 20 404 Park Ave, NY | Furniture | 7/1/2005 | | | | | | | | | | | | |
| F&F | 21 404 Park Ave, NY | Furniture & chairs | 7/1/2005 | | | | | | | | | | | | |
| F&F | 22 404 Park Ave, NY | Equipment | 7/1/2005 | | | | | | | | | | | | |
| F&F | 25 404 Park Ave, NY | Furniture | 7/1/2005 | | | | | | | | | | | | |
| F&F | 14 30th Street | Audio display | 1/4/2006 | | | | | | | | | | | | |
| F&F | Feb 08 44 E. 30th Street | Wiring | 2/29/2008 | | | | | | | | | | | | |
| F&F | Apr 08 44 E. 30th Street | Furniture | 4/30/2008 | | | | | | | | | | | | |
| F&F | Apr 08 44 E. 30th Street | Furniture | 4/30/2008 | | | | | | | | | | | | |
| F&F | Apr 08 44 E. 30th Street | Furniture NJ Day | 6/30/2008 | | | | | | | | | | | | |
| F&F | May 08 44 E. 30th Street | Furniture | 5/31/2008 | | | | | | | | | | | | |
| **Leasehold Improvements** | | | | | | | | | | | | | | | |
| LI | Jan 08 44 E. 30th Street | Wiring | 1/28/2008 | | | | | | | | | | | | |
| LI | Jan 08 44 E. 30th Street | Tenant improvements | 1/28/2008 | | | | | | | | | | | | |
| LI | Apr 08 44 E. 30th Street | Leasehold | 4/30/2008 | | | | | | | | | | | | |
| LI | Sep 08 44 E. 30th Street | Tenant improvements | 9/30/2008 | | | | | | | | | | | | |
| **Total** | | | | | | | | | | | | | | | |

## Schedule 2.1(d) – Designated Contracts

Each of the following Contracts (including all amendments, modifications and supplements thereto) shall constitute a Designated Contract:

1.  Independent Contractor Agreement with Wayne Aaronson dated October 1, 2009.

2.  Independent Contractor Agreement with Scott Kain dated October 1, 2009.

3.  Independent Contractor Agreement with Troy Miller dated January 6, 2010.

4.  Operating agreement with Diversified Media Group dated October 3, 2008.

5.  Network operating services agreement with Diversified Systems / Media Group dated September 5, 2008.

6.  Letter Agreement with Diversified Media Group dated March 6, 2009.

7.  General Services Agreement with Creative Realities effective January 15, 2008.

8.  Agreement with Creative Realities dated March 24, 2009.

9.  Agreement with Avaya Financial Services dated August 18, 2005 (and addendums).

10. Agreement with Byron Media dated May 5, 2008.

11. Agreement with STATS LLC dated December 2, 2009.

12. Agreement with Anaheim Ducks Hockey Club, LLC dated October 26, 2009 (Anaheim Ducks).

13. Agreement with Arena Sports Marketing dated January 6, 2009 (Atlanta Hawks/Thrashers)(unsigned).

14. Agreement with Angels Baseball LP dated April 17, 2009 (Los Angeles Angels).

15. Agreement with Atlanta National League Baseball Club, Inc. dated January 1, 2008 (Atlanta Braves).

16. Agreement with Atlanta Braves dated February 2009 (unsigned)(Atlanta Braves).

17. Agreement with Boston Red Sox Baseball Club Limited Partnership dated February 6, 2006 (Boston Red Sox).

18. Agreement with Boston Red Sox dated January 2009 (unsigned)(Boston Red Sox).

19. Agreement with Charlotte Bobcats and Charlotte Bobcats Arena dated October 12, 2005 (Charlotte Bobcats).

20. Agreement with Cavaliers Operating Company, LLC dated December 1, 2009 (Cleveland Cavaliers)(unsigned).

21. Agreement with United Center Joint Venture dated October 1, 2008 (Chicago Bulls/Blackhawks).

22. Agreement with Chicago National League Ball Club, Inc. dated March 31, 2009 (Chicago Cubs).

23. Agreement with Chicago White Sox, Ltd. dated December 15, 2005 (Chicago White Sox).

24. Agreement with Chicago White Sox dated March 2009 (unsigned)(Chicago White Sox).

25. Agreement with Cincinnati Reds L.L.C. dated March 31, 2008 (Cincinnati Reds).

26. Agreement with Cleveland Indians, Inc. dated February 1, 2007 (Cleveland Indians).

27. Agreement with Center Operating Company, L.P. dated April 1, 2004 (term ended)(Dallas Mavericks/Stars).

28. Agreement with The Dallas Cowboys dated August 2009 (unsigned)(Dallas Cowboys).

29. Agreement with Detroit Tigers, Inc. dated January 1, 2006 (Detroit Tigers).

30. Agreement with DC Arena L.P. dated December 17, 2003 and renewal proposal dated November 1, 2007 (Washington Wizards/Capitals).

31. Agreement with Florida Panthers Hockey Club, Ltd. dated November 1, 2008 (Florida Panthers).

32. Agreement with Rocket Ball Ltd., Handsome L.P. and Clutch City Sports & Entertainment dated July 1, 2005 (Houston Rockets).

33. Agreement with Kansas City Royals dated March 4, 2009 (Kansas City Royals).

34. Agreement with Los Angeles Dodgers L.L.C. dated December 15, 2005 (unsigned)(Los Angeles Dodgers).

35. Agreement with Los Angeles Dodgers dated February 2009 (unsigned)(Los Angeles Dodgers).

36. Agreement with Minnesota Timberwolves and Target Center dated October 12, 2005 (term ended) (Minnesota Timberwolves).

37. Agreement with New Jersey Sports & Exposition Authority dated November 1, 2008 (New Jersey Nets).

38. Agreement with New York Islanders Hockey Club, L.P. dated August 15, 2006 (term ended)(New York Islanders).

39. Agreement with Queens Ballpark Company L.L.C. dated July 3, 2007 (New York Mets).

40. Agreement with Madison Square Garden, L.P. dated February 1, 2009 (New York Knicks/Rangers).

41. Agreement with New York Yankees dated November 2008 (unsigned)(New York Yankees).

42. Agreement with Athletics Investment Group L.L.C. dated February 1, 2009 (Oakland As).

43. Agreement with The St. Louis Cardinals, L.L.C. dated January 1, 2007 (St. Louis Cardinals).

44. Agreement with San Francisco Baseball Associates, L.P. dated March 1, 2009 (San Francisco Giants).

45. Agreement with Seattle Mariners Baseball Club dated April 29, 2009 (Seattle Mariners)(unsigned).

46. Agreement with Tampa Bay Arena L.P. d/b/a the St. Pete Times Forum dated November 1, 2008 (Tampa Bay Lightning).

47. Agreement with Tampa Bay Devil Rays Baseball Ltd. dated January 1, 2009 (Tampa Bay Rays).

48. Agreement with Texas Rangers Baseball Partners dated December 1, 2007 (Texas Rangers).

49. Proposal to Utah Jazz (undated)(unsigned)(Utah Jazz).

50. Agreement with Washington Nationals Stadium, LLC effective January 28, 2008 (Washington Nationals).

51. Agreement with Washington Nationals Baseball Club dated January 1, 2009 (unsigned)(Washington Nationals).

52. Agreement with Pro-Football Inc. d/b/a The Washington Redskins dated August 13, 2009 (Washington Redskins).

53. Agreement with GEICO dated October 13, 2009.

54. Agreement with The Richards Group re: GoRving Coalition dated December 10, 2009.

55. Agreements with NBC Everywhere re: RE/MAX International (undated).

56. Agreement with Merkley & Partners re: Ruth Chris.

57. Agreements with CACI re: Army National Guard dated December 23, 2009 and January 20, 2010.

58. Agreements with NBC Everywhere re: Time Warner (undated).

59. Agreement with Universal McCann re: US Army dated December 9, 2009.

60. Agreement with Berdon L.L.P. dated November 24, 2008.

61. Agreement with Davis & Gilbert L.L.P. dated November 24, 2008.

62. Agreement with NBC Universal Inc. dated June 28, 2007 and amendment dated June 30, 2008.

63. Agreement with Sony Electronics Inc. dated July 28, 2008.

64. Maintenance agreement with Avaya for the IP Office phone system dated June 21, 2006.

65. Lease agreement with Avaya Financial Services for the IP Office phone system dated September 1, 2005.

66. Agreements with Covad dated April 2 and 22, 2009 (1 year terms) which provide broadband access to the Oakland A's, Los Angeles Dodgers and San Francisco Giants venues (other agreements with Covad are on a month to month basis).

## **Schedule 2.1(g) – Trademarks**

1. Arena Media Networks

2. AMNtv

3. AMNds

4. the AMN logo

5. the domain name arena-media.com

6. the domain name arenamedianetworks.com

## <u>Schedule 2.2(c) – Excluded Contracts</u>

1.  Amended and Restated Employment Agreement with Thomas Kiernan dated October 31, 2007.

2.  Termination of Employment with Thomas Kiernan dated January 23, 2009.

3.  Employment Agreement with James McDade dated June 6, 2007.

4.  Agreement with James McDade dated December 8, 2008.

5.  Amended and Restated Employment Agreement with David Roberts dated October 31, 2007.

6.  Amended and Restated Employment Agreement with Arthur Williams dated October 31, 2007.

7.  Independent Contractor Agreement with David Dehaen dated October 1, 2009 (unsigned).

8.  Independent Contractor Agreement with Martin Mylott dated April 18, 2008.

9.  Independent Contractor Agreement with Karen Brownstein Ritterman dated July 8, 2009.

10. Independent Contractor Agreement with Anthony Sedita dated June 1, 2009.

11. Securities Purchase and Loan Agreement with BNYH AMN Holdings L.L.C. and BNYH AMN Parallel Holdings L.L.C. dated October 31, 2007 and amendments dated July 7, 2008, October 10, 2008, November 14, 2008 and March 30, 2009.  Pledge and Security Agreement with BNYH AMN Holdings L.L.C. dated October 31, 2007.

12. Agreement with Cleveland Browns dated January 27, 2009 (term ended)(Cleveland Browns).

13. Agreement with Pacers Basketball Corporation dated October 1, 2004 (term ended)(Indianapolis Pacers).

14. Agreement with Golden State Warriors dated August 20, 2004 (Golden State Warriors).

15. Agreement with San Antonio Spurs L.L.C. dated November 1, 2004 (San Antonio Spurs).

16. Agreement with San Diego Ballpark Funding, L.L.C. dated February 1, 2006.

17. Agreement with Icon International Inc. dated June 17, 2008.

18. Agreement with Klestadt & Winters LLP dated January 26, 2010.

19. Agreement with the Nielsen Company dated March 30, 2009.

20. Agreement with Petsky Prunier L.L.C. dated June 17, 2008.

21. Agreement with Squire Sanders dated August 28, 2009.

22. Agreement with Oxford Health Insurance Inc. dated December 1, 2008.

23. Agreement with CSNK Working Capital Finance Corp. d/b/a Bay View Funding dated June 24, 2009 (terminated).

24. Agreement with Paetec Communications dated May 11, 2006 and amendments dated January 25, 2008.

25. Agreement with InfoHighway Communications (Broadview) dated May 25, 2007.

26. Agreement with New Boston Garden Corporation, dated September 1, 2004 (term ended)(Boston Celtics/Bruins).

27. Agreement with Colorado Rockies Baseball Club, Ltd. dated April 13, 2007 (Colorado Rockies).

28. Agreement with Colorado Rockies Baseball Club dated May 2009 (unsigned)(Colorado Rockies).

29. Agreement with Houston Astros, L.L.C. dated February 20, 2007 (unsigned)(Houston Astros).

30. Agreement with South Florida Stadium Corporation dated December 1, 2004 (Miami Dolphins).

31. Agreement with Milwaukee Brewers Baseball Club Limited Partnership dated November 1, 2006 (Milwaukee Brewers).

32. Agreement with Orlando Magic, Ltd. dated November 30, 2008 (Orlando Magic).


Note:  The Agreement between Seller and Brook L.L.P., dated January 9, 2009, is neither being assumed or rejected as of the Closing.

## Schedule 4.2(c) – Purchase Price Allocation

Within ninety (90) days after the Closing Date, the Purchaser and the Seller shall use commercially reasonable efforts to agree upon an allocation of the Purchase Price conforming with the requirements of Section 1060 of the Internal Revenue Code.  The Seller and the Purchaser each agree that, to the extent permitted by applicable law, it will adopt and utilize the amounts so allocated to each asset or class of assets for purposes of all federal, state and other income Tax Returns of any nature filed by it and that it will not voluntarily take any position inconsistent therewith upon examination of any such Tax Returns, in any claim for refund, in any litigation or otherwise with respect to such Tax Returns.  Should the parties fail to agree, each shall be free to establish its own allocation for all purposes, including its own Tax filings.

## Schedule 5.2(b) – Consents

The Fourth Amended and Restated Limited Liability Company Agreement of Arena Media Networks LLC requires the affirmative written consent of the Preferred Unitholders holding a majority of the outstanding Preferred Units prior to consummation of the proposed transaction.  A written consent authorizing the execution of this Asset Purchase Agreement was received from BNYH AMN Holdings LLC on February 8, 2010.

## <u>Schedule 5.5(a)(i) – Owned Intellectual Property</u>

1.   The Company owns the domain names arena-media.com and arenamedianetworks.com.

2.   Following payment, the Company will own the graphical user interface ("***GUI***") developed by Diversified Media Group for the AMNtv product.  The GUI was work made for hire and was coded in C#.NET as a Microsoft "WinForms" application under the Operating agreement with Diversified Media Group dated October 3, 2008.

## Schedule 5.5(a)(ii) – Licensed Intellectual Property

The Company has limited rights to use third-party trademarks and logos under the following agreements:

1. Agreement with Anaheim Ducks Hockey Club, LLC dated October 26, 2009.

2. Agreement with Arena Sports Marketing dated January 6, 2009 (Atlanta Hawks/Thrashers)(unsigned).

3. Agreement with Angels Baseball LP dated April 17, 2009.

4. Agreement with Atlanta National League Baseball Club, Inc. dated January 1, 2008.

5. Agreement with Atlanta Braves dated February 2009 (unsigned).

6. Agreement with New Boston Garden Corporation, dated September 1, 2004 (term ended).

7. Agreement with Boston Red Sox Baseball Club Limited Partnership dated February 6, 2006.

8. Agreement with Boston Red Sox dated January 2009 (unsigned).

9. Agreement with Charlotte Bobcats and Charlotte Bobcats Arena dated October 12, 2005.

10. Agreement with Cavaliers Operating Company, LLC dated December 1, 2009.

11. Agreement with United Center Joint Venture dated October 1, 2008.

12. Agreement with Chicago National League Ball Club, Inc. dated March 31, 2009.

13. Agreement with Chicago White Sox, Ltd. dated December 15, 2005.

14. Agreement with Chicago White Sox dated March 2009 (unsigned).

15. Agreement with Cincinnati Reds L.L.C. dated March 31, 2008.

16. Agreement with Cleveland Browns dated January 27, 2009 (term ended).

17. Agreement with Cleveland Indians, Inc. dated February 1, 2007.

18. Agreement with Colorado Rockies Baseball Club, Ltd. dated April 13, 2007.

19. Agreement with Colorado Rockies Baseball Club dated May 2009 (unsigned).

20. Agreement with Center Operating Company, L.P. dated April 1, 2004 (term ended).

21. Agreement with The Dallas Cowboys dated August 2009 (unsigned).

22. Agreement with Detroit Tigers, Inc. dated January 1, 2006.

23. Agreement with DC Arena L.P. dated December 17, 2003 and renewal proposal dated November 1, 2007.

24. Agreement with Florida Panthers Hockey Club, Ltd. dated November 1, 2008.

25. Agreement with Golden State Warriors dated August 20, 2004.

26. Agreement with Houston Astros, L.L.C. dated February 20, 2007 (unsigned).

27. Agreement with Rocket Ball Ltd., Handsome L.P. and Clutch City Sports & Entertainment dated July 1, 2005.

28. Agreement with Kansas City Royals dated March 4, 2009.

29. Agreement with Los Angeles Dodgers L.L.C. dated December 15, 2005 (unsigned).

30. Agreement with Los Angeles Dodgers dated February 2009 (unsigned).

31. Agreement with South Florida Stadium Corporation dated December 1, 2004.

32. Agreement with Milwaukee Brewers Baseball Club Limited Partnership dated November 1, 2006.

33. Agreement with Minnesota Timberwolves and Target Center dated October 12, 2005 (term ended).

34. Agreement with New Jersey Sports & Exposition Authority dated November 1, 2008.

35. Agreement with New York Islanders Hockey Club, L.P. dated August 15, 2006 (term ended).

36. Agreement with Pacers Basketball Corporation dated October 1, 2004 (term ended).

37. Agreement with Queens Ballpark Company L.L.C. dated July 3, 2007.

38. Agreement with Madison Square Garden, L.P. dated February 1, 2009.

39. Agreement with New York Yankees dated November 2008 (unsigned).

40. Agreement with Athletics Investment Group L.L.C. dated February 1, 2009 (Oakland As).

41. Agreement with Orlando Magic, Ltd. dated November 30, 2008.

42. Agreement with The St. Louis Cardinals, L.L.C. dated January 1, 2007.

43. Agreement with San Antonio Spurs L.L.C. dated November 1, 2004.

44. Agreement with San Diego Ballpark Funding, L.L.C. dated February 1, 2006.

45. Agreement with San Francisco Baseball Associates, L.P. dated March 1, 2009. Agreement with Seattle Mariners Baseball Club dated April 29, 2009 (Seattle Mariners)(unsigned).

46. Agreement with Tampa Bay Arena L.P. d/b/a the St. Pete Times Forum dated November 1, 2008.

47. Agreement with Tampa Bay Devil Rays Baseball Ltd. dated January 1, 2009.

48. Agreement with Texas Rangers Baseball Partners dated December 1, 2007.

49. Proposal to Utah Jazz (undated)(unsigned).

50. Agreement with Washington Nationals Stadium, LLC effective January 28, 2008.

51. Agreement with Washington Nationals Baseball Club dated January 1, 2009 (unsigned).

52. Agreement with Pro-Football Inc. d/b/a The Washington Redskins dated August 13, 2009.

53. Agreement with GEICO dated October 13, 2009.

54. Agreement with The Richards Group re:  GoRving Coalition dated December 10, 2009.

55. Agreements with NBC Everywhere re: RE/MAX International (undated).

56. Agreement with Merkley & Partners re: Ruth Chris.

57. Agreements with CACI re: Army National Guard dated December 23, 2009 and January 20, 2010.

58. Agreements with NBC Everywhere re: Time Warner (undated).

59. Agreement with Universal McCann re: US Army dated December 9, 2009.

60. Agreement with NBC Universal Inc. dated June 28, 2007 and amendment dated June 30, 2008.

## Schedule 5.6(a)(ii) – Websites

The Company owns the domain names arena-media.com and arenamedianetworks.com.

**Schedule 5.7 (a) – Material Contracts**

1.      Schedule 2.1(d) (*Designated Contracts*) and Schedule 2.2(c) (*Excluded Contracts*) are incorporated herein by reference.

## <u>Schedule 5.7(b) – Breach or default</u>

The Company is not in compliance with the payment provisions of many of its team agreements, vendor obligations and severance obligations and has received the following notices of default and non-compliance:

1.   The Company received a letter from Angels Baseball LP dated February 3, 2010 which identifies that the Company is in material breach of the Agreement for failure to pay $75,000 by December 31, 2010.

2.   The Company received a letter from the Atlanta National League Baseball Club, Inc. ("**ANLBC**")  dated January 1, 2010 demanding that the Company pay $225,000 no later than March 31, 2010, otherwise, ANLBC will terminate the Agreement for material breach.

3.   The Company entered into a stipulation of settlement with Brook LLC on December 17, 2009 which acknowledged a $108,332.03 past due obligation and execution of a warrant of eviction was stayed for the Company to make monthly payments of $18,055.34 between February 1 and July 1, 2010 in addition to current rent.

4.   The Company received an email from the Cincinnati Reds on November 5, 2009 identifying that the Company is in default of the agreement and that it has thirty days to cure the default.

5.   The Company received a letter from the Chicago Cubs Baseball Club, LLC dated January 12, 2010 notifying the Company of its intention to terminate the agreement if payment of $262,500 is not received on or before January 27, 2010.

6.   The Company received a letter from the Cleveland Browns dated December 11, 2009 identifying that if the $75,000 balance due is not received by January 15, 2010, the Cleveland Browns may be forced to take legal action.

7.   The Company received a letter from Icon International Inc. dated July 14, 2009 in relation to past due balances of $255,400.00.  The letter identifies that Icon shall pursue all rights and remedies available unless payment of the past due amount is received on or before July 21, 2009.  Since this date, the Company has paid $40,334.50 in relation to equipment purchased from Icon.

8.   The Company was summoned to answer a complaint filed by Thomas Kiernan on January 25, 2010 in relation to damages for breach of contract seeking damages in excess of $117,187.

9.   The Company received a letter from Kenneth Kirschner, Esquire on behalf of Nielsen Media Research dated January 20, 2010 in relation to a $10,000 debt.

10. The Company received a letter from Lyon Collection Services on behalf of Nielsen Media Research dated December 28, 2009 in relation to a $15,000 debt.

11. The Company received a letter from Brian Oberman on behalf of Nielsen Media Research dated January 10, 2010 in relation to a $10,000 debt.

12. The Company was summoned on February 10, 2010 to answer a complaint filed by Pacers Sports & Entertainment in relation to breach of contract. The complaint seeks unspecified damages.

13. The Company received a letter from Marcus & Partners, Inc. in relation to an obligation to Sage Software of $1,297.

14. The Company received a letter from Bracewell & Giuliani LLP, legal counsel for the San Antonio Spurs, LLC (the "Spurs") dated September 15, 2009 in relation to outstanding and past due balances of $75,000. The letter provides ten day notice to cure all amounts in default under the Agreement. Under the agreement, the Spurs may terminate the agreement if AMN materially breaches the agreement and fails to cure such breach within 10 days written notice.

15. The Company received a letter from Biehl & Biehl dated December 7, 2009 and a letter from Meyers, Saxon & Cole dated January 7, 2010 in relation to the $50,000 owed to the St. Louis Cardinals.

\* \* \*

The following agreements either prohibit assignment, identify that a bankruptcy filing by the Company represents an event of default or allow the team to terminate in the event of a bankruptcy filing:

1.  Agreement with Arena Sports Marketing ("ASM") dated January 6, 2009 (Atlanta Hawks/Thrashers)(unsigned) prohibits assignment and provides that ASM may terminate the agreement immediately if any petition is filed by or against Company and such petition is not dismissed within twenty days after the date of such filing.

2.  Agreement with Atlanta National League Baseball Club, Inc. dated January 1, 2008 provides that the Agreement may be terminated by ANLBC if any petition is filed by or against the Company under any bankruptcy law and such petition is not dismissed within twenty days after the date of such filing.

3.  Agreement with Boston Red Sox Baseball Club Limited Partnership ("BRS") dated February 6, 2006 provides that BRS may terminate the agreement if the Company shall file a petition in voluntary bankruptcy.

4.  Agreement with Colorado Rockies Baseball Club, Ltd. ("CR") dated April 13, 2007 provides that CR may terminate the agreement if any petition is filed by or against Company and such petition is not dismissed within twenty days after the date of such filing.

5.   Agreement with Houston Astros, L.L.C. dated February 20, 2007 (unsigned) provides that either party may terminate the agreement if the other party files a petition seeking relief under the Unites States Bankruptcy Code.

6.   Agreement with Pacers Basketball Corporation ("PBC") dated October 1, 2004 (term ended) provides that the agreement is not assignable without the prior written consent of PBC and the Company is in default if it takes the benefit of any insolvency act.

7.   Agreement with Los Angeles Dodgers L.L.C. dated December 15, 2005 (unsigned) provides that the Dodgers have the right to terminate with five days notice if the other party becomes subject to any proceeding under any bankruptcy or insolvency law.

8.   Agreement with New York Yankees dated November 2008 (unsigned) provides that an event of default if the Company voluntarily files for bankruptcy.

9.   Agreement with Pro-Football Inc. d/b/a The Washington Redskins dated August 13, 2009 provides that the filing of a voluntary petition in bankruptcy is an event of default and The Washington Redskins may terminate the agreement by written notice.

10. General Services Agreement with Creative Realities effective January 15, 2008 provides that either party may terminate for cause upon the commencement of a bankruptcy.

11. Agreement with CSNK Working Capital Finance Corp. d/b/a Bay View Funding dated June 24, 2009 (terminated) provides an event of default if a case is commenced under the United States Bankruptcy Code.

12. Letter Agreement with Diversified Media Group dated March 6, 2009 provides an event of default if the Company sold all or a substantial portion of its respective assets or the Compnay filed a voluntary petition in bankruptcy.

13. Agreement with NBC Universal Inc. dated June 28, 2007 provides that the agreement can not be assigned without the prior written consent of the other party.

14. Securities Purchase and Loan Agreement with BNYH AMN Holdings L.L.C. and BNYH AMN Parallel Holdings L.L.C. dated October 31, 2007 provides an event of default upon the commencement of a bankruptcy proceeding.

## <u>Schedule 5.7(b) – Largest Vendors and Advertising Customers</u>

**Ten Largest Vendors**

> Atlanta Braves
> Boston Red Sox
> Brook LLC
> Chicago Bulls
> Chicago Cubs
> Chicago White Sox
> Creative Realities
> New York Mets
> New York Yankees
> San Francisco Giants (China Basin Ballpark Company)

Refer to <u>Schedule 5.7(b)</u> with respect to the Atlanta Braves and Brook LLC for vendors which have threatened to cancel or otherwise terminate their relationship with the Company.

**Ten Largest Advertising Customers**

> Army
> GEICO
> GoRV
> Hilton
> Novartis
> Jim Beam
> Fox Broadcasting
> BP
> Epix
> Bank of America

Advertising time on the Company's network for the customers listed above is typically purchased in flights which range from a month to a season.  To date for 2010, there has been no advertising time purchased by Hilton, Novartis, Jim Beam, BP, Epix or Bank of America.

## Schedule 5.10 – Compliance Failures

None.

## **Schedule 5.10(b) – Permits**

None.

## **Schedule 5.14 – Employees**

[Schedule 5.14 contains confidential information and has been intentionally omitted.
A copy of this schedule may be obtained from the Seller on a confidential basis.]