KLESTADT & WINTERS, LLP
Ian R. Winters
Joseph C. Corneau
Samir P. Gebrael
292 Madison Avenue, 17th Floor
New York, NY 10017-6314
Tel. (212) 972-3000
Fax. (212) 972-2245

*Counsel for the Debtor and Debtor-in-Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| ARENA MEDIA NETWORKS, LLC, | : | Case No. 10-10667(BRL) |
| | : | |
| Debtor. | : | |
| | : | |

## NOTICE OF ADDITIONAL EXCLUDED CONTRACTS

**PLEASE TAKE NOTICE,** that on February 8, 2010, Arena Media Networks LLC ("AMN" or "Debtor") filed a petition for reorganization under Chapter 11 of Title 11, United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York;

**PLEASE TAKE FURTHER NOTICE,** that on February 8, 2010, the Debtor filed its Motion for Orders Pursuant to Sections 105(a), 363 and 365 of the Bankruptcy Code and Bankruptcy Rules 2002, 6004 and 6006: (A) Fixing the Time, Date and Place for the Bidding Procedures Hearing; (B)(I) Establishing Bidding Procedures and Bid Protections in Connection With the Sale of Certain of the Assets Of The Debtor, (II) Approving The Form And Manner Of Notices, (III) Approving The Asset Purchase Agreement Subject To Higher And Better Offers and (IV) Setting A Sale Hearing Date; And (C)(I) Approving the Sale of Certain Assets of the Debtor Free and Clear of Liens, Claims and Encumbrances, (II) Authorizing the Assumption and

1

Assignment of Certain Unexpired Leases and Executory Contracts and (III) Authorizing the Rejection of Non-Assumed Unexpired Leases and Executory Contracts; and (IV) Granting Related Relief (the "Sale Motion");

**PLEASE TAKE FURTHER NOTICE**, that on March 22, 2010, the Bankruptcy Court entered its Order (A) Approving the Sale of Certain Assets of the Debtor Free and Clear of Liens, Claims and Encumbrances Pursuant to 11 U.S.C. § 363, (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Rejection of all Non-Assumed and Assigned Unexpired Leases and Executory Contracts, and (C) Granting Related Relief Pursuant to Bankruptcy Code § 105 and Granting Related Relief (the "Sale Order");

**PLEASE TAKE FURTHER NOTICE**, that Exhibit "B" to the Sale Order identified certain executory contracts and unexpired leases that were proposed to be assumed by the Debtor and assigned to Access 360 Media, LLC ("Purchaser") in accordance with the Sale Order;

**PLEASE TAKE FURTHER NOTICE**, that pursuant to paragraph 11 the Sale Order, prior to closing of the sale contemplated by the Sale Order, the Debtor was authorized to file a "List of Additional Excluded Contracts" which would identify any additional executory contracts or unexpired leases that were contemplated to be assumed and assigned to the Purchaser but were subsequently determined to be excluded from the sale and rejected pursuant to 11 U.S.C. § 365;

**PLEASE TAKE FURTHER NOTICE**, that pursuant to the Sale Order, all executory contracts and unexpired leases that were not listed on Exhibit "B" to the Sale Order or which appear on the attached List of Additional Excluded Contracts to the Sale Order were rejected as of the date of the Sale Order.

**PLEASE TAKE FURTHER NOTICE**, that annexed hereto as Exhibit "1" is the

Debtor's List of Additional Excluded Contracts, which contracts are deemed rejected as of the

date of entry of the Sale Order.

Dated: New York, New York
April 26, 2010

                                               KLESTADT & WINTERS, LLP
                                               Attorneys for Arena Media Networks, LLC
                                               Debtor and Debtor in Possession

                                               By  /s/ Joseph C. Corneau
                                               Ian R. Winters
                                               Joseph C. Corneau
                                               Samir Gebrael
                                               292 Madison Avenue, 17th Floor
                                               New York, New York 10017
                                               Telephone No. (212) 972-3000

## **Exhibit 1**

- Agreement with Rocket Ball Ltd., Handsome L.P. and Clutch City Sports & Entertainment dated July 1, 2005 (Houston Rockets).

- Agreement with Florida Panthers Hockey Club, Ltd. dated November 1, 2008 (Florida Panthers).